IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RANDY LEE GODFREY**                                                                                      PLAINTIFF

v.                                              No. 3:11-cv-40-DPM

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                          DEFENDANT

## JUDGMENT

The Court reverses the Commissioner's decision and remands for reconsideration consistent with this Court's Order. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 March 2012